7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Melissa F Johnson
*Debtor*

**Melissa F Johnson**
    Plaintiff(s)

v.

**MOHELA**
**Educational Credit Management Corporation("ECMC")**
    Defendant(s)

*Bankruptcy Case No.*
06–43398–abf7

*Adversary Case No.*
16–04025–abf

# JUDGMENT

     The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That in Accordance with the Stipulation regarding Agreed Order for Entry of Judgment between Melissa F Johnson and MOHELA(Doc.#37), and the Order for Judgment(Doc. #38), judgment is entered in favor of the Plaintiff Melissa F. Johnson and against the Defendant, The Higher Education Loan Authority of Missouri(MOHELA), finding that the four(4) student loan debts are dischargeable as imposing an undue hardship on the Plaintiff/Debtor pursuant to 11 U.S.C. Section 523(a)(8).



PAIGE WYMORE–WYNN
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk

Date of issuance: 8/26/16

Court to serve