7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Melissa F Johnson
*Debtor*

*Bankruptcy Case No.*
06–43398–abf7

**Melissa F Johnson**
   Plaintiff(s)

*Adversary Case No.*
16–04025–abf

v.

**MOHELA**
**Educational Credit Management Corporation("ECMC")**
   Defendant(s)

## JUDGMENT

     The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That in accordance with the Stipulation for Judgment (Doc. 40), filed in the aboved styled Adversary Proceeding on 9/1/2016, and the Order Approving the Stipulation for Judgment(Doc. No. 41), entered by the court on 9/7/2016, JUDGMENT IS HEREBY ENTERED in favor of the Defendant Educational Credit Management Corporation ("ECMC"), and against the Plaintiff, Melissa Johnson Tribout according to the terms of the Stipulation.



PAIGE WYMORE–WYNN
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk

Date of issuance: 9/7/16

Court to serve